UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINNER S BROOKS,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C23-5811 RSM

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including December 13, 2023, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if feasible.

DATED this 14th day of November, 2023.

                                                      Ricardo S. Martinez
                                                      United States District Judge