UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINNER S B.,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5811 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing; develop the record as necessary; consider all pertinent issues, including, but not limited to, whether the claimant's migraines constitute a severe medically determinable impairment at step two, and reevaluating the medical opinion and prior administrative medical finding evidence; and issue a new decision. After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 9th day of February, 2024.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1